**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**ALBERTO FERNANDO ALMAGUEL-
CINTRA, # A 240-366-392**                                   **PETITIONER**

**VERSUS**                                    **CIVIL ACTION NO. 5:26cv201-DCB-RPM**

**UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, NEW
ORLEANS FIELD OFFICE DIRECTOR,
and WARDEN, ADAMS COUNTY
CORRECTIONAL CENTER**                                   **RESPONDENTS**

## <u>ORDER GRANTING MOTIONS TO AMEND</u>

BEFORE THE COURT are *pro se* Petitioner Alberto Fernando Almaguel-Cintra's

Emergency Motion for Immediate Release or Expedited Bond Hearing [2], Request for

Immediate Bond Hearing [3], Request for Custody Review and Release [4], and Emergency

Motion to Request Status and Expedite Review of Habeas Corpus Petition [6], which the Court

construes as motions to amend.  Almaguel-Cintra is an alien detainee in the custody of the

Department of Homeland Security, and he brings this action under 28 U.S.C. § 2241.  He

reasserts and supplements his Petition [1].  The Court having considered Petitioner's submissions

and the relevant legal authority.

The motions are granted to the extent they supplement the Petition.  The Court will

consider the allegations contained within the pleadings.

**IT IS, THEREFORE, ORDERED** that *pro se* Petitioner Alberto Fernando Almaguel-

Cintra's Emergency Motion for Immediate Release or Expedited Bond Hearing [2], Request for

Immediate Bond Hearing [3], Request for Custody Review and Release [4], and Emergency

Motion to Request Status and Expedite Review of Habeas Corpus Petition [6], which the Court construes as motions to amend, are **GRANTED** to the extent they supplement the pleadings.

   **SO ORDERED**, this the 1st day of June, 2026.

   s/ *Robert P. Myers, Jr.*
   ROBERT P. MYERS, JR.
   UNITED STATES MAGISTRATE JUDGE