## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

ALBERTO FERNANDO ALMAGUEL-                                    **PETITIONER**
CINTRA, # A 240-366-392

VERSUS                                 CIVIL ACTION NO. 5:26cv201-DCB-RPM

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, NEW
ORLEANS FIELD OFFICE DIRECTOR,
and WARDEN, ADAMS COUNTY
CORRECTIONAL CENTER                                          **RESPONDENTS**

### ORDER REQUIRING RESPONDENTS TO ANSWER

BEFORE THE COURT are pro se Petitioner Alberto Fernando Almaguel-Cintra's

Petition [1] and supplemental petitions [2, 3, 4, 6] for Writ of Habeas Corpus, pursuant to 28

U.S.C. § 2241.  He is an alien detainee in the custody of the Department of Homeland Security,

who challenges his continued detention.

The Court notes that the proper Respondent is the "person having custody over the person

detained."  28 U.S.C. § 2243.  *See also*, 28 U.S.C. § 2242.  Therefore, the United States

Immigration and Customs Enforcement is removed as Respondent in this matter.  Further, the

Court has considered the matter and is of the opinion that Respondents New Orleans Field Office

Director and Warden, Adams County Correctional Center, shall respond to the Petition.

**IT IS THEREFORE ORDERED** that the United States Immigration and Customs

Enforcement is hereby removed as Respondent in this case.

**IT IS FURTHER ORDERED** that Respondents New Orleans Field Office Director and

Warden, Adams County Correctional Center, shall file an answer or other responsive pleading in

this case within 20 days of the service of a copy of this Order. **Respondent shall file with the answer or other responsive pleading any agency records or court records relevant to the disposition of this cause including but not limited to documents or records identifying the type of detention and the authority for the detention applicable to Petitioner's case.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, *by certified mail*, a copy of the Petition [1] and supplemental petitions [2, 3, 4, 6], filed herein, and a copy of this Order upon **Civil Process Clerk**, Office of the United States Attorney for the Southern District of Mississippi, 501 East Court Street, Suite 4.430, Jackson, Mississippi 39201; **Attorney General of the United States**, 950 Pennsylvania Avenue NW, Washington, D.C. 20530-0001; and **Warden**, Adams County Correctional Center, Post Office Box 850, Washington, Mississippi 39190.

The Petitioner should understand that this Order directing the Respondents to respond does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**IT IS FURTHER ORDERED** that the Clerk of Court shall also serve a copy of this Order upon pro se Petitioner Alberto Fernando Almaguel-Cintra by mailing same to his last known address.

**SO ORDERED**, this the 12th day of June, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE

2